IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXIS D. MITCHELL, ) | |
| ) | No. _____ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONDA FINANCIAL SERVICES CORP., ) | |
| EXETER FINANCIAL CORP., and ) | |
| CITIZENS ONE BANK N.A., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendant Citizens Bank of Pennsylvania ("Citizens"), incorrectly named as Citizens One Bank, N.A., by its undersigned attorneys, hereby files a Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and states as follows:

1. On or about May 23, 2017, Plaintiff Alexis D. Mitchell filed a complaint in the Court of Common Pleas of Armstrong County, Pennsylvania, titled Alexis D. Mitchell v. Honda Financial Services, Exeter Financial Corp., and Citizens One Bank, N.A., Case No. 2017-00759. A true and correct copy of the Complaint, along with copies of all process, pleadings, and orders received by Citizens in the State Court Action, is attached hereto as Exhibit A.

2. In her Complaint, Plaintiff alleges that Defendants violated the Federal Equal Credit Opportunity Act, 15 U.S.C. § 1691 *et seq.* ("ECOA") and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

3. Citizens was served with the complaint via certified mail on May 26, 2017.

4. Pursuant to 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or

otherwise, of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." 28 U.S.C. § 1446(b).

5. This Notice of Removal is filed with this Court within thirty (30) days of service of the Complaint.

6. 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

7. In her Complaint, Plaintiff alleges that Defendant violated provisions of the ECOA and the FCRA, which are federal laws.

8. Both ECOA and the FCRA were created by, and arise under, federal law. Accordingly, this District Court has jurisdiction over Plaintiff's ECOA and FCRA claims.

9. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

10. Venue lies in this Court because Plaintiff's action is pending in Armstrong County, which is within the Western District of Pennsylvania.

11. This case is not precluded from being removed under 28 U.S.C. § 1445 because: (a) it is not brought against a railroad or its receivers or trustees, arising under 45 U.S.C. § 51–54, 55–60; (b) it is not brought against a carrier or its receivers or trustees to recover damages for delay, loss or injury of shipments arising under section 11706 or 14706 of title 49; (c) it does not

arise under the workmen's compensation laws; and (d) it does not arise under Section 40302 of the Violence Against Women Act of 1994.

12. Counsel for Capital One has contacted the outside counsel for Honda Financial Services Corp. ("Honda"), who is the only other named defendant identified to have been served at the time of remova, and obtained Honda's consent to remove this action to federal court. A copy of the correspondence confirming Honda's consent to removal is attached hereto as Exhibit B.

13. Contemporaneous with the removal of this action, Citizens has given written notice of this Notice of Removal to the Prothonotary of the Court of Common Pleas of Armstrong County and Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of the Notice of Removal, without exhibits, is attached hereto as Exhibit C.

WHEREFORE, Defendant Citizens Bank of Pennsylvania respectfully notices the removal of this action from the Court of Common Pleas of Armstrong County, Pennsylvania.

Dated: June 23, 2016                        Respectfully submitted,

                                            /s/ Laura A. Lange
                                            Laura A. Lange
                                            Pa. Id. No. 310733
                                            McGuireWoods LLP
                                            625 Liberty Avenue, 23rd Floor
                                            Pittsburgh, Pennsylvania 15222
                                            (412) 667-6000
                                            (412) 667-6050 (fax)
                                            llange@mcguirewoods.com

                                            *Attorneys for Defendant Citizens One Bank, N.A.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via U.S. First Class mail, postage prepaid, this 23 day of June 2017:

Leona McFadden
Lavin, O'Neil, Cedrone & DiSipio
190 North Independence
Mall West, Suite 500
Philadelphia, PA 19106
*Counsel for Honda Financial Services*

Exeter Financial Corp.
112 E. Pecan Street, Suite 550
San Antonio, TX  78205

Kurt D. Mitchell, Esq.
106 S. Armenia Avenue
Tampa, FL  33609
*Counsel for Plaintiff*

/s/ Laura A. Lange